

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICARDO MARQUEZ, | § | No. 08-22-00177-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th Judicial District Court |
| THE STATE OF TEXAS, | § | Of El Paso County, Texas |
| Appellee. | § | (TC No. 20220D01247) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF FEBRUARY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.